**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO : 9:12-cv-80566-DMM**

JULIETTE MAUVAIS,

      Plaintiff,

vs.


MORSELIFE, INC., and
KEITH MYERS, individually,

      Defendants

_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

      Pursuant to Fed. R. Civ. P. 41(a)(ii), the parties to this action submit this Joint Stipulation

of Dismissal without prejudice as to plaintiff , each party agrees to bear their own fees and costs

in connection with this action.

      Dated this 11th day of September, 2012.

Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn, Esq.
E-mail: aglenn@jaffeglenn.com
Florida Bar No.:  577261
Jodi J. Jaffe, Esq.
Email: jjaffe@jaffeglenn.com
Florida Bar No. 865516
Jaffe Glenn Law Group, P.A.
12000 Biscayne Blvd.
Suite 707
Miami, Florida 33181
Telephone: (305) 726-0060
Facsimile: (305) 726-0046
Attorneys for Plaintiff

/s Edward Diaz
Edward Diaz
Email: edward.diaz@hklaw.com
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-374-8500
789-7799 (fax)

Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 11, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/ Andrew I. Glenn</u>
Attorney

## SERVICE LIST

Edward Diaz
Email: edward.diaz@hklaw.com
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-374-8500
789-7799 (fax)
Attorneys for Defendants